**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHONY ALBANO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>VAN BUREN TRUCK SALES CORP., d/b/a VAN BUREN BUICK GMC,<br><br>Defendants. | **Case No. 23 Civ. 3545 (GRB) (ST)** |

**NOTICE OF ACCEPTANCE OF OFFER PURSUANT TO FED. R. CIV. P. 68**

Pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff Anthony Albano hereby accepts Defendant's Offer of Judgment, dated October 4, 2023, attached hereto as Exhibit A.

Dated:  Melville, New York
        October 16, 2023

Respectfully submitted,

By:     /s/Benjamin A. Goldstein
        Benjamin A. Goldstein

**KESSLER MATURA P.C.**
Troy L. Kessler
Garrett Kaske
Benjamin A. Goldstein
534 Broadhollow Road, Suite 275
Melville, NY 11747
(631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com
bgoldstein@kesslermatura.com

*Attorneys for Plaintiff*

# EXHIBIT A

Case 2:23-cv-03545-GRB-ST    Document 14    Filed 10/16/23    Page 3 of 4 PageID #: 59


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

ANTHONY ALBANO, on behalf of himself
and all others similarly situated,

Plaintiffs,

-against-

VAN BUREN TRUCK SALES CORP., d/b/a
VAN BUREN BUICK GMC,

Defendants.

---

Case No. 23 Civ. 3545 (GRB) (ST)

## OFFER OF JUDGMENT

To:    Kessler Matura P.C.
       534 Broadhollow Road, Suite 275
       Melville, New York 11747

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, hereby serves, but does not file, this Offer of Judgment as follows:

Defendant Van Buren Truck Sales Corp. offers to allow judgment to be taken against Defendant in favor of Plaintiff Anthony Albano in the total amount of Fifty Thousand dollars ($50,000.00), inclusive of all of Plaintiff's claims for relief in this action, damages, liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs and disbursements. If Plaintiff accepts this Offer of Judgment, Plaintiff will not be entitled to any additional monies from Defendant, including but not limited to, additional damages, liquidated damages, penalties, employee taxes, attorneys' fees, interest, and/or costs and disbursements, and no further payment(s) will be due from Defendants with respect to this matter. Acceptance of this Offer of Judgment will act to dismiss with prejudice all claims raised by Plaintiff in this action.

This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as an admission that Defendant is liable in any manner whatsoever in this action, or that Plaintiff has suffered any damage, or that Defendant has in any manner or in any way violated any of Plaintiff's rights.

This Offer of Judgment shall be inclusive of all fees, costs, and awards, including attorneys' fees for which the Plaintiff may be entitled to under applicable federal and/or state law.

Dated: 10/4/2023

Van Buren Truck Sales Corp.

By: _Samaltha Dell_

Title: _Controller_