**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANTHONY ALBANO, on behalf of himself and all
others similarly situated,

                Plaintiff,

   - against -                                     **JUDGMENT**
                                              CV 23-3545 (GRB) (ST)

VAN BUREN TRUCK SALES CORP., d/b/a
VAN BUREN BUICK GMC,

                Defendant.
-------------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on October

16, 2023, accepting Defendant's October 4, 2023 offer to allow entry of judgment against it in

the amount of $50,000.00 inclusive of all of Plaintiff's claims for relief in this action, damages,

liquidated damages, penalties, interest, employee taxes, attorneys' fees, post-judgment attorneys'

fees, statutory costs, and disbursements, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Anthony

Albano against Defendant Van Buren Truck Sales Corp., in the amount of $50,000.00 inclusive

of all of Plaintiff's claims for relief in this action, damages, liquidated damages, penalties,

interest, employee taxes, attorneys' fees, post-judgment attorneys' fees, statutory costs, and

disbursements; and that this case is closed.


Dated:  October 17, 2023
        Central Islip, New York


                                         BRENNA B. MAHONEY
                                         CLERK OF COURT

                       By:     /s/ James J. Toritto
                               Deputy Clerk